Mary McNamara, SBN 147131
SWANSON & McNAMARA, LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94112
Phone: (415) 477-3800
Fax: (415) 477-9010
Attorney for CLARKE HOWATT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-0101 CRB |
|      Plaintiff, | **STIPULATION AND  ORDER TO** |
|   v. | **CONTINUE APPEARANCE , SET** |
| | **DATE FOR CHANGE OF PLEA AND** |
| CLARKE J. HOWATT, | **DOCUMENTING EXCLUSION OF** |
|      Defendant. | **TIME** |

**STIPULATION**

Defendant Clarke J. Howatt, by and through his counsel of record, Mary McNamara, and the United States, by and through its counsel of record, Assistant United States Attorney Kyle Waldinger, stipulate and agree, and respectfully request, that the status conference currently set for November 18, 2015 should be continued to December 15, 2015 at 4:00 p.m., at which time Mr. Howatt anticipates entering a change of plea.  The facts and circumstances that support this stipulation are as follows:

1.      Mr. Howatt has waived indictment and the parties are in negotiations regarding the particulars of a pre-trial disposition of this case. The parties recognize that there have been several continuances in this case.  However, the parties have been in plea negotiations for several months and believe that the requested continuance is needed for the parties to work out the final details of a plea agreement.

2.     The parties anticipate that plea negotiations will be concluded before the December 15, 2015 appearance and expect Mr. Howatt will be entering a change of plea at that appearance.

3.     Based on these facts, the parties agree that, taking into account the public interest in the prompt disposition of criminal cases, granting the continuance until December 15, 2015, is necessary for effective preparation of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that, given these circumstances, the ends of justice served by excluding the period from November 18, 2015, to December 15, 2015, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  November 6, 2015         Respectfully submitted,

_____/s/_____
Kyle F. Waldinger
Assistant United States Attorney

_____/s/_____
MARY McNAMARA
Swanson & McNamara LLP
Attorneys for Clarke J. Howatt

**ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED:  November 10, 2015

_____
HON. CHARLES R. BREYER
United States District Judge

2